UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60064-CR-MORENO
07-20919-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

GLENN GUTTMAN,
        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SEAL

THIS CAUSE came before the Court upon defendant Glen Guttman's motion to seal the government's 18 U.S.C. § 3553 and U.S.S.G. § 5K1.1. motion for downward departure and defendant's position regarding the government's motion for downward departure pursuant to 18 U.S.S.G. § 5K1.1 **[D.E. #56 filed under seal]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the CLERK is directed to file the attached motions as unsealed. In Case No. 07-60064-CR-MORENO **[D.E. #56, 57]**. In Case No. 02-20919-CR-MORENO **[D.E. #21, 22, 23, 24]**.

DONE and ORDERED in Open Court this 9th day of April, 2008 in Miami-Dade County Florida and signed this _____ day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record