Unsealed APR 1 1 2008

**COPY FOR JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS:   07-60064-CR-MORENO          Sealed
07-20919-CR-MORENO

FILED by _____ D.C.

APR 0 8 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

                    **(UNDER SEAL)**

vs.

                    **Date: Sentencing, April 9, 2008**
                    **Time: 9:30 a.m.**
                    **Hon. Frederico Moreno**

GLEN GUTTMAN,

    Defendant.

_____/

### DEFENDANT GLEN GUTTMAN'S MOTION TO SEAL THE GOVERNMENT'S 18 U.S.C.§3553 AND U.S.S.G. §5K1.1 MOTION FOR DOWNWARD DEPARTURE AND DEFENDANT'S POSITION REGARDING THE GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. §5K1.1

Defendant, Glenn Guttman, by and through his undersigned counsel, respectfully

moves this Honorable Court to seal the Government's 18 U.S.C. §3553 and U.S.S.G.

§5K1.1 Motion for Downward Departure and Defendant's Position Regarding the

Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 and Title

18 U.S.C. §3553(a)(4) and (b)(2), and states:

    1.    The Government's motion and the Defendant's position with regard to the

motion set out in substantial detail the facts and circumstances surrounding Mr.

Guttman's cooperation with the government.   Public disclosure of such facts and

BIERMAN, SHOHAT, LOEWY & KEGERREIS, - PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2911



circumstances would be inappropriate and could have a serious affect on the safety and

security of Mr. Guttman and of ongoing investigations by the Government.

WHEREFORE, the Court is respectfully requested to enter an Order sealing the

Government's Motion for Downward Departure and the Defendant's response thereto.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY & KEGERREIS**
Local Counsel for Defendant GLEN GUTTMAN
800 Brickell Ave., Penthouse Two
Miami, Florida 33131-2911
Tel: (305) 358-7000
Fax: (305) 358-4010
Email: eshohat@bslcrimlaw.com

By:_____
**Edward R. Shohat, Esq.**
**Florida State Bar No. 152634**
**California State Bar No. 237987**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is being served via U.S. mail and/or facsimile on all counsel of record on this 8th day of April, 2008.

Robin Waugh-Farretta, AUSA
U.S. Attorney's Office
500 E. Broward Blvd.
7th Floor
Ft. Lauderdale, Florida 33301-3002
robin.waugh@usdoj.gov

_____
**EDWARD R. SHOHAT, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS:   07-60064-CR-MORENO
07-20919-CR-MORENO

Sealed

UNITED STATES OF AMERICA,

Plaintiff,

**(UNDER SEAL)**

vs.

GLEN GUTTMAN,

Defendant.

_____//

ORDER

THIS CAUSE having come on before me upon Glen Guttman's Motion to Seal

the Government's 18 U.S.C. §3553 and U.S.S.G. §5K1.1 Motion for Downward

Departure and Defendant's Position Regarding the Government's Motion for Downward

Departure Pursuant to U.S.S.G. §5K1.1 and Title 18 U.S.C. §3553(a)(4) and (b)(2) be

placed under seal and this Court having reviewed the motion and being otherwise fully

advised in the premises, it is

ORDERED AND ADJUDGED that same is hereby **GRANTED**.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida on this

____ day of _____, 2008.

_____
FEDERICO A. MORENO
U.S. DISTRICT JUDGE

Copies to:
Edward R. Shohat, Esq.
Counsel of Record

(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT C**OPY FOR JUDGE**

## Southern District of Florida

Case Number: __07-60064-CR-MORENO__

UNITED STATES OF
AMERICA,

                             Plaintiff

v.

GLEN GUTTMAN,

                             Defendant



FILED by ___ D.C.

APR 0 8 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

          Name: __EDWARD R. SHOHAT, ESQ.__

       Address: __800 Brickell Ave., PH2, Miami, Florida  33131__

     Telephone: __305 358-7000__

On behalf of (select one):      ☐ Plaintiff          ☑ Defendant

Date sealed document filed: __4/8/2008__

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: _____

The matter should remain sealed until:

☐ Conclusion of Trial                  ☐ Arrest of First Defendant

☐ Case Closing                        ☐ Conclusion of Direct Appeal

☐ Other: _____

☑ Permanently.  Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file      ☐ Destroyed

☐ Returned to the party or counsel for the party, as identified above

_____
Attorney for: